**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Deshaun Joaquin Bradford, | No. CV-21-00187-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

United States Magistrate Judge Camille D. Bibles has issued a Report and Recommendation ("R&R") recommending that Defendants Neville, Calligan, Nicks, Fulton, Skinner, and Fields and Plaintiff's claims against these Defendants be dismissed without prejudice for failure to timely serve Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and for Plaintiff's failure to comply with the Court's Order at ECF No. 4. No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the court's docket along with the R&R and agrees with the analysis of Magistrate Judge Bibles. The Court will accept and adopts the R&R.

///

///

///

**IT IS ORDERED** dismissing Defendants Neville, Calligan, Nicks, Fulton, Skinner, and Fields and Plaintiff's claims against these Defendants are dismissed without prejudice.

Dated this 16th day of August, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge