# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshaun Joaquin Bradford, | No. CV-21-00187-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendant. | |

United States Magistrate Judge Camille Bibles has issued a Report and Recommendation ("R&R") recommending that this case be dismissed without prejudice for Plaintiff's failure to prosecute. (Doc. 29). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the docket and agrees with the analysis of Magistrate Judge Bibles. The Court will accept and adopt the R&R.

**IT IS ORDERED** accepting and adopting the R&R and dismissing this matter against all defendants without prejudice. The Clerk of Court is directed to enter judgment and terminate this case.

Dated this 3rd day of March, 2022.

Honorable Susan M. Brnovich
United States District Judge